

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton** 312-435-5670
Clerk

Date 4/19/2023

Iris Y. Martinez, Clerk
Circuit Court of Cook County
Richard J. Daley Center
50 W. Washington Street
Chicago, IL  60602

Re:  Trejo v. Precision Dialogue Direct, Inc.
USDC Case Number:  22-cv-05296
Circuit Court Case Number:  2022CH08472

Dear Clerk:

A certified copy of an order entered on 4/19/2023 by the Honorable John F. Kness, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

> Sincerely yours,
> Thomas G. Bruton, Clerk
>
> By: /s/ K. Lozano
>      Deputy Clerk

Enclosure(s)

Rev. 10/05/2016